**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO: 18-23894-CV-MIDDLEBROOKS

XIAOYUN CHEN, et al.,

    Plaintiffs,

v.

JOSEPH J. WALSH, SR., et al.,

    Defendants,

v.

ROYAL PALM TOWN CENTER IV, LLLP,

    Nominal Defendant.

_____/

## FINAL JUDGMENT

THIS CAUSE comes before the Court upon the Court's Order on Motion for Default Final Judgment (DE 124) and Order on Damages (DE 139). Consistent with the same, and pursuant to Federal Rule of Civil Procedure 58, it is hereby **ORDERED AND ADJUDGED** that:

(1) Final judgment is **ENTERED** in favor of Plaintiffs Xiaoyun Chen, Peixuan Wang, Hezhang Chen, Yang Zhao, Donglin Gu, Jialin Han, Wen Shen, Yi Gao, Lijuan Fan, Dexiong Hu, Wen Zhang, Xiuqing Wang, Tianjun Li, M.T. Nguyen, Ngoc Thi Do, Yongliang Huang, Konstantin Galkin, Huong Thi Thu Nguyen, and Ruihong Ju, individually, and derivatively as limited partners of Nominal Defendant Royal Palm Town Center IV, LLLP, and against Defendant Joseph J. Walsh, Sr., on Count I (fraudulent misrepresentation claim) and Count IX (pp. 27–29) (derivative breach of fiduciary duty claim) of the Amended Complaint.

(2) Nominal Defendant Royal Palm Town Center IV, LLLP, is **AWARDED** damages against Defendant Joseph J. Walsh, Sr., in the total amount of $26 million (plus any

unpaid interest due under the Loan and Security Agreement (DE 52-1)) for the derivative breach of fiduciary duty claim (Count IX (pp. 27–29) of the Amended Complaint).

(3) Plaintiff Konstantin Galkin is **AWARDED** damages against Defendant Joseph J. Walsh, Sr., in the total amount of $69,090.00 for the fraudulent misrepresentation claim (Count I of the Amended Complaint).

(4) Plaintiff Huong Thi Thu Nguyen is **AWARDED** damages against Defendant Joseph J. Walsh, Sr., in the total amount of $60,000.00 for the fraudulent misrepresentation claim (Count I of the Amended Complaint).

(5) Plaintiffs Konstantin Galkin and Huong Thi Thu Nguyen are **AWARDED** costs against Defendant Joseph J. Walsh, Sr., in the total amount of $936.40.

(6) This judgment shall bear interest at the rate prescribed by 28 U.S.C. § 1961.

(7) The Clerk of Court shall **CLOSE THIS CASE**.

(8) Any pending motions are **DENIED AS MOOT**.

**SIGNED** in Chambers at West Palm Beach, Florida, this 8th day of March, 2021.

_____
Donald M. Middlebrooks
United States District Judge

cc: Counsel of Record

**Xiaoyun Chen** (13242752@qq.com)

**Peixuan Wang** (peixuan@vt.edu; 408 S. Orange Ave., Apt. A, CA 91755)

**Hezhang Chen** (chen7066@kettering.edu; 802 Clearwater Ct., Walnut, CA 91789)

**Yang Zhao** (lijingbo@188.com; dianazhao98@gmail.com; 1312 Padova Dr., Salinas, CA 93905)

**Donglin Gu** (465013808@qq.com; 20640 Evant Dr., Walnut, CA 91789)

**Jialin Han** (1297074427@qq.com; 85 East India Row 3C, Boston, MA 02110)

**Wen Shen** (huaheatherxu@gmail.com)

**Yi Gao** (gaoyi286@hotmail.com; 11919 Xenia Ln., Orlando, FL 32827)

**Lijuan Fan** (vivianfan@hotmail.com)

**Dexiong Hu** (jingwen720@gmail.com; 32500 Monterey Dr., Union City, CA 94587)

**Wen Zhang** (wenzhang772000@126.com)

**Xiuqing Wang** (alexis.ding@aucanlink.com; 1002 Northridge Ln., Chapel Hill, NC 27514)

**Tianjun Li** (13905381415@163.com)

**M.T. Nguyen** (mary.cheng@hotmail.com)

**Ngoc Thi Do** (ashleytramanh@yahoo.com; 6432 Gloria Dr., Huntington Beach, CA 92647)

**Yongliang Huang** (chenchen4937@gmail.com; 9921 Obsidian Way, Sacramento, CA 95829)

**Ruihong Ju** (hai.li@kw.com; lixiaohua9857@icloud.com)